IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TIMOTHY W. STORMES and
SANDRA K. STORMES,

    Plaintiffs,

vs.                                                   Case No.  19-580

KOHL'S DEPARTMENT STORES, INC.

    Defendant.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that a settlement has been reached between the Plaintiff and Defendant Kohl's Department Stores, Inc.  The parties are in the process of completing the settlement and will submit a dismissal order upon completion.

                TIMOTHY W. STORMES, Plaintiff

By:   /s/ Jason E. Causey
       Jason E. Causey Ohio Bar No. 0081933
       Bordas & Bordas, PLLC
       106 East Main Street
       Saint Clairsville, OH  43950
       (304) 242-8410
       jcausey@bordaslaw.com
       *Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TIMOTHY W. STORMES and
SANDRA K. STORMES,

    Plaintiffs,

vs.            Case No.  19-580

KOHL'S DEPARTMENT STORES, INC.

    Defendant.

## CERTIFICATE OF SERVICE

I, Jason E. Causey, counsel for Plaintiff, certify that the foregoing **NOTICE OF SETTLEMENT** was filed with Clerk of Court using the CM/ECF system, which will send notification to counsel, this 13th day of October, 2020, as follows:

| | |
|---|---|
| James D. Abrams, Esq. | Vincent P. Rao II, Esq. |
| Taft Stettinius & Hollister LLP | Kelley Drye & Warren LLP |
| 65 East State Street, Suite 1000 | One Jefferson Road, 2nd Floor |
| Columbus, OH 43215 | Parsippany, NJ  07054 |
| (614) 221-2838 | |
| jabrams@taftlaw.com | |
| *Attorneys for Defendant* | |
| *Kohl's Department Stores, Inc.* | |

                      TIMOTHY W. STORMES, Plaintiff

By:   /s/ Jason E. Causey
       Jason E. Causey Ohio Bar No. 0081933
       Bordas & Bordas, PLLC
       106 East Main Street
       Saint Clairsville, OH  43950
       (304) 242-8410
       jcausey@bordaslaw.com
       *Counsel for Plaintiff*